IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRYHEIM STRICKLAND,
Petitioner,

v.

RAYMOND LAWLER, et al.,
Respondents.

CIVIL NO. 09-3792

## ORDER

AND NOW, this 30th day of November, 2009, upon careful and independent consideration of the petition for Writ of *Habeas Corpus* and after review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa, to which no Objections have been filed by Petitioner, it is hereby ORDERED that:

(1) The Report and Recommendation is APPROVED and ADOPTED;

(2) The petition for Writ of *Habeas Corpus* is DENIED without prejudice; and,

(3) The Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:

C. Darnell Jones, II, J.